UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 06-14097-CIV-MOORE/LYNCH

KIMBERLY L. ALLEN, et al,

    Consolidated Plaintiffs,

v.

LIBERTY MEDICAL SUPPLY, INC.,
a Florida Corporation, et al,

    Consolidated Defendants.
_____/

## ORDER ADOPTING IN PART REPORT OF MAGISTRATE JUDGE

THIS CAUSE came before the Court upon Plaintiff's Motion for Attorney's Fees and Bill of Costs (dkt # 92) and (dkt # 93). The motions were referred to United States Magistrate Judge Frank J. Lynch, Jr., for a Report and Recommendation. Defendants filed Objections to the Report and Recommendation (dkt # 116) and a Response was also filed (dkt # 117).

Magistrate Judge Lynch issued a Report and Recommendation, on the above listed Motions, dated May 5, 2008 (dkt # 113). The Report and Recommendation determined Plaintiff's award of attorney's fees and costs. The Report recommended that Plaintiff receive $91,125.00 in attorney's fees and $4,141.34 in costs.

UPON CONSIDERATION of the Report, and after a *de novo* review of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiff's Motion for an Award of Attorney's Fees (dkt # 92) is GRANTED in the total amount of $91,125.00  It is further

ORDERED AND ADJUDGED that Plaintiff's Motion for Bill of Costs (dkt # 93) is GRANTED in the total amount of $4,141.34. It is finally

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation (dkt # 113) is ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of June, 2008.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Frank J. Lynch, Jr.
All counsel of record